### Jack CIULLA v. Letha SCOTT.
No. 1966.

Court of Civil Appeals of Texas. Beaumont.
Oct. 30, 1930.

Thomas C. Turnley, of Galveston, and J. M. Hawkins and E. H. Cavin, both of Houston, for plaintiff in error.

Ross, Wood, Lawler & Wood, of Houston, for defendant in error.

WALKER, J.

The plaintiff in error has filed no brief herein. The case has been carefully briefed

by defendant in error, which brief we have duly considered.

No error appearing in the record, it is our order that the judgment of the lower court be, and the same is hereby, in all things affirmed.